

**IT IS ORDERED as set forth below:**

**Date: December 19, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | |
| | CASE NO. 18-41946-BEM |
| SONIA AMANDA HENDRICKS, | |
| | |
| Debtor. | CHAPTER 7 |

### ORDER DISMISSING CASE WITH 180-DAY BAR ON RE-FILING
### PURSUANT TO 11 U.S.C. § 109(g)

On November 9, 2018, the Chapter 7 Trustee filed a report of Debtor's failure to appear at the Section 341 Meeting of Creditors for the second time and a request for dismissal of the case. [Doc. 30]. Debtor did not file a response to the request.

Debtor's case came before the Court for hearing on December 19, 2018 on Debtor's motion to convert the case [Doc. 26] and U.S. Bank Trust, N.A.'s motion for in rem stay relief [Doc. 23]. At that hearing, for the reasons stated on the record, the Court announced that dismissal of this case would be subject to 11 U.S.C. § 109(g). Accordingly, it is

ORDERED that the case is DISMISSED, and Debtor is barred from re-filing under any chapter of the Bankruptcy Code for 180 days after entry of this Order pursuant to 11 U.S.C. § 109(g).

**END OF ORDER**

**Distribution List**

Sonia Amanda Hendricks
74 Lakehill Way
Douglasville, GA 30134

Thomas D. Richardson
Brinson, Askew, Berry, et al.
P. O. Box 5007
Rome, GA 30162-5007

J. Andrew Owens
Law Office of J. Andrew Owens, LLC
PO Box 627
Rome, GA 30162

Cory Patrick Sims
Albertelli & Whitworth, P.A.
Suite 960
100 Galleria Parkway
Atlanta, GA 30339

ALL CREDITORS AND PARTIES